## THE ALBANY.

### POST v. BOSTON & PHILADELPHIA S. S. Co.

*(Circuit Court, D. Massachusetts. November 30, 1891.)*

1. APPEAL IN ADMIRALTY—REVIEW BY CIRCUIT COURT—QUESTION OF FACT.
   On appeal in admiralty the circuit court will not reverse a decision of the district judge upon a question depending on conflicting testimony, unless it clearly appears that the decision was against the weight of evidence.

. SAME—AMOUNT OF SALVAGE.
   Nor will the circuit court interfere with the amount of salvage allowed, unless it is strikingly out of proportion to the service or damage.

In Admiralty. Libel by the Boston & Philadelphia Steam-Ship Company against the coal-barge Albany for salvage services. Decree by the district court for $4,000. 42 Fed. Rep. 64. Aaron Post, claimant, appeals. Affirmed.

*Eugene P. Carver*, for claimant, appellant.

*Shattuck & Munroe* and *L. S. Dabney*, for libelant.

COLT, J. On an appeal in admiralty to the circuit court involving questions of fact dependent upon conflicting testimony, the decision of the district judge, who has had the opportunity of seeing the witnesses and judging from their appearance, should not be reversed unless it clearly appears that the decision was against the weight of evidence. *The Grafton*, 1 Blatchf. 173, 178; *The Sampson*, 4 Blatchf. 28; *The Florida*, Id. 470; *The Sunswick*, 5 Blatchf. 280; *Levy* v. *The Thomas Melville*, 37 Fed. Rep. 271; *Guimarais' Appeal*, 28 Fed. Rep. 528. Nor will this court interfere with the amount of salvage allowed by the district court, unless it is strikingly out of proportion to the service or damage. *The Narragansett*, 1 Blatchf. 211; *The Hope*, 10 Pet. 108, 119; *Cushman* v. *Ryan*, 1 Story, 91; *The Yankee* v. *Gallagher*, 1 McAll. 467, 479. I have carefully examined the record in this case, and I find no sufficient ground for disturbing the conclusion reached by the district judge. Though the amount awarded,—$4,000,—was large, I do not think, under the circumstances, it was excessive. *The Mary N. Hogan*, 30 Fed. Rep. 381; *The Lahaina*, 19 Fed. Rep. 923; *The Benison*, 36 Fed. Rep. 793.

The decree of the district court is affirmed.